# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 30, 2018

*Before*

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 18-2374

| | |
|---|---|
| W. A. GRIFFIN, M.D.,<br>    *Plaintiff-Appellant*, | Appeal from the United States District<br>Court for the Northern District of<br>Illinois, Eastern Division. |
| *v.* | No. 18 C 1772 |
| TEAMCARE, a Central States Health Plan,<br>and TRUSTEES OF THE CENTRAL STATES,<br>Southeast and Southwest Areas Health<br>and Welfare Fund,<br>    *Defendants-Appellees*. | Robert W. Gettleman,<br>*Judge*. |

## O R D E R

The court has before it a motion to correct filed by the plaintiff-appellant and a response thereto filed by defendants-appellees. The court finds that the opinion in this case dated November 26, 2018, should be corrected.

It is therefore **ORDERED** that the opinion and judgement order dated November 26, 2018 are **VACATED**. It is further **ORDERED** that the amended opinion be published this date, November 30, 2018.